No. 73–1045. LOUISIANA *v.* NEWMAN. Sup. Ct. La. Motion of respondent for leave to proceed *in forma*

*pauperis* granted.   Certiorari denied.